PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Rodney Dean Spears**

**Docket No. 0:00CR00188-001(ADM)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Rodney Dean Spears** who was sentenced for Involuntary Manslaughter on May 4, 2001, by the Honorable Ann D. Montgomery, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Abstain from the use of alcohol and do not frequent establishments
- Drug and alcohol aftercare
- Do not operate a motorized vehicle without a valid driver's license and proof of insurance

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION: The defendant shall not commit another federal, state, or local crime.

On May 29, 2005, the defendant was arrested by Red Lake police officers and was charged with DUI, DUI Refusal, Reckless Driving, Obstructing Legal Process/Arrest, Disorderly Conduct, and Liquor Violation. The defendant is scheduled to appear in Red Lake Tribal Courts, Red Lake, Minnesota, on Thursday, June 9, 2005.

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

On May 29, 2005, the defendant was the driver of a motor vehicle that was stopped by the Red Lake police after receiving a report of a reckless driver. A PBT revealed a reading of .219. He also failed a field sobriety test.

SCANNED
JUN 14 2005
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 13th day of June, 2005, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White by DMY
U.S. Probation Officer

Executed on June 10, 2005
Place Bemidji