UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-188(ADM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| RODNEY DEAN SPEARS, | ) | |
| | ) | |
| Defendant. | ) | |

The above-referenced criminal case has been reassigned as follows:

| Criminal No. | Defendant Name | Remove AUSA | Add AUSA |
|---|---|---|---|
| 00-188(ADM) | Rodney Dean Spears | Paul A. Murphy | Joseph T. Walbran |

Dated: 6/14/05

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

*s/ Robert M. Small*

*for* PAUL A. MURPHY
Assistant United States Attorney