AO 83 (Rev. 12/85) Summons in A Criminal Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

05 JUN 21 PM 2:38

CLERK

UNITED STATES OF AMERICA

## SUMMONS IN A CRIMINAL CASE

v.

Case Number: CR 00-188 (1) ADM

Rodney Dean Spears

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom C**
**316 North Robert Street**
**St. Paul, MN 55101**

Before: **Honorable Magistrate Judge Susan R. Nelson**

On: **6/29/05 at 11:00 a.m.**

To answer a(n) Order of the Court.

Brief description of offense: Violation of Supervised Release

Jackie Ellingson, Deputy Clerk

Dated: June 14, 2005

SCANNED
JUN 21 2005

A true printed copy in 2 sheet(s)
of the electronic record filed on ______
in the United States District Court
for the District of Minnesota.
CERTIFIED, 6/14, 2005.
RICHARD D. SLETTEN
BY: Deputy Clerk

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me:[1] ELMER L. VISGER II Date: 06/16/05

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: Red Lake, MN

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: __________

☐ Returned unexecuted: __________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 06/16/05
Date

AL Garber
Name of United States Marshal

(signature)
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure