**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
RODNEY DEAN SPEARS, )
)
Defendant. )

## COURT MINUTES - CRIMINAL

BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CR-00-188 (1) ADM |
| Date: | June 29, 2005 |
| Court Reporter: | None |
| Tape Number: | 450 |
| Time Commenced: | 11:00 |
| Time Concluded: | 11:15 |
| Time in Court: | 15 Minutes |

APPEARANCES:

**Plaintiff:** David MacLaughlin
Assistant U.S. Attorney

**Defendant:** Counsel not present
**X** FPD (appointed at this hearing) ☐ CJA ☐ Retained ☐ To be appointed

Interpreter: ______________________________ Language: ______________________________

Date Charges Filed: June 13, 2005 Offense: Violation of Supervised Release

☐ Charges read into record **X** Waived Reading of Charges **X** Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of: ☐ Pre-trial Release **X** Supervised Release

☐ Charges from other District __________________________________________________________

☐ Government moves for detention.
Motion is: ☐ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

Bond set in the amount of $ ____________________ with conditions, see Order Setting Conditions of Release.

A final revocation hearing is scheduled for July 7, at 1:30 p.m., before U.S. District Court Judge Ann Montgomery. Defendant remains on bond.

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.
Additional Information:

s/Marilyn J. Conklin
Signature of Judicial Assistant