UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-188 ADM

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RODNEY DEAN SPEARS, Defendant. | MOTION TO REQUEST TRAVEL AUTHORIZATION |

Comes now the defendant, Rodney Spears through his attorney, and hereby moves the Court pursuant to Title 18, United States Code, § 4285, for an order to "direct the United States Marshal to arrange for that person's means of non-custodial transportation or furnish the fare for such transportation to the place where his appearance is required, and . . . to furnish that person with an amount of money for subsistence expenses to his destination . . . ."

Mr. Spears has been released from custody and ordered to appear in the District of Minnesota at Minneapolis, Minnesota for a Supervised Release Revocation hearing to be held on July 14, 2005 at 11:00 a.m. He is without funds to accomplish that travel and requests the Court to authorize the Marshal to expend such funds.

Dated: July 13, 2005

Respectfully submitted,

***s/ Andrea K. George***

Andrea K. George
Attorney ID No. 202125
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415