UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-188 ADM

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
RODNEY DEAN SPEARS, )
)
Defendant. )

ORDER FOR APPEARANCE OF DEFENDANT AND FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. § 4285

The Court having held Defendant to answer in the United States District Court for the District of Minnesota and finding that the defendant has been released from custody, currently resides in Red Lake, Minnesota, and is financially unable to provide the necessary transportation to appear before the Court,

IT IS ORDERED that the defendant appear before the above-referenced court on July 14, 2005 not later than 11:00 a.m.

IT IS FURTHER ORDERED that the United States Marshal furnish the defendant transportation to appear before the Court, transportation to return home to [city, state], after said court hearing, and to furnish subsistence expenses not to exceed per diem allowance for travel contemplated under 5 U.S.C. § 5702(a) all as authorized by 18 U.S.C. § 4285.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: July 13, 2005.