**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

RODNEY SPEARS,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Ann D. Montgomery
U.S. District Judge

| | |
|---|---|
| Case No: | 00-188 ADM/RLE |
| Date: | July 14, 2005 |
| Court Reporter: | Timothy J. Willette |
| Tape Number: | |
| Time Commenced: | 11:00 a.m. |
| Time Concluded: | 11:20 a.m. |
| Time in Court: | 20 Minutes |

## APPEARANCES:

Plaintiff: Joseph Walbran, Assistant U.S. Attorney
Defendant: Andrea George, Assistant FPD

## PROCEEDINGS:

**Revocation of Supervised Release - Final Hearing.**

Defendant admits allegations of violation and waives his right to an evidentiary hearing.
Defendant waives jurisdictional issues.

## ORDERED:

The conditions of Supervised Release are modified as follows:

Defendant is to enter the Redby Northern Winds Treatment Facility for 90 days.
30 days of inpatient treatment (work release if program allows) followed by 60 days of work release.

No federal supervision will follow the completion of the treatment program.

Defendant released on same terms and conditions of Supervised Release.

Written order to be issued.

s/Tamara Uber
Judicial Assistant