**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**ORDER**
Criminal No. 01-188 ADM/RLE

RODNEY SPEARS,

Defendant.

---

The above titled matter is before the Court for a final revocation hearing. Joseph Walbran, Assistant United States Attorney, appeared for and on behalf of Plaintiff; Andrea George, Assistant Federal Public Defender, appeared for and on behalf of Defendant. Defendant admited the violation and waived his right to an evidentiary hearing. Defendant also waived any jurisdictional issues. Therefore, IT IS HEREBY ORDERED THAT the terms of Supervised Release are MODIFIED as follows:

1. Defendant shall enter, as directed by Probation, the Redby Northern Winds Treatment Facility for a term of 90 days. The initial 30 days as inpatient treatment (work release if program allows) followed by 60 days of work release.

2. No federal supervision will follow the completion of the treatment program.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: July 15, 2005.